**Michael E. Haglund** OSB No. 772030
email: mhaglund@hk-law.com
**Michael K. Kelley** OSB No. 853782
email: mkelley@hk-law.com
**Shay S. Scott** OSB No. 934214
email: sscott@hk-law.com
**HAGLUND KELLEY HORNGREN JONES
    & WILDER LLP**
200 SW Market Street, Suite 1777
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Medford Division)

| | |
|---|---|
| **LLOYD D. WHALEY and TODD L. WHALEY,**<br><br>                    Plaintiffs,<br>     v.<br><br>**PACIFIC SEAFOOD GROUP, DULCICH, INC., FRANK DULCICH, PACIFIC SEAFOOD GROUP ACQUISITION COMPANY, INC., PACIFIC SEAFOOD WASHINGTON ACQUISITION CO., INC., BANDON PACIFIC, INC., BIO-OREGON PROTEIN, INC., NORTH BEND OYSTER COMPANY, INC., PACIFIC CHOICE SEAFOOD COMPANY, PACIFIC COAST SEAFOODS COMPANY, PACIFIC GARIBALDI, INC., PACIFIC GOLD SEAFOOD COMPANY, PACIFIC OYSTER CO., PACIFIC PRIDE SEA FOOD COMPANY, PACIFIC SEA FOOD CO., PACIFIC SURIMI CO., INC.,** | Case No.:   10-3057-PA<br><br>**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PACIFIC SEAFOOD GROUP AUDITED FINANCIAL STATEMENTS**<br><br>**(Expedited Hearing Requested)** |

PAGE 1 – PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PACIFIC SEAFOOD GROUP AUDITED FINANCIAL STATEMENTS

HAGLUND KELLEY HORNGREN JONES & WILDER, LLC
200 SW Market Street, Suite 1777
Portland, OR  97201
(503) 225-0777/(503) 225-1257 (fax)
0000007537H073PL86

**PACIFIC TUNA COMPANY, LLC, WASHINGTON CRAB PRODUCERS, INC., PACIFIC AQUACULTURE, INC., PACIFIC ALASKA SHELLFISH, INC., SEA LEVEL SEAFOODS, LLC, ISLAND FISH CO., LLC, PACIFIC RESURRECTION BAY, PACIFIC CONQUEST, INC., CALAMARI, LLC, JO MARIE LLC, LESLIE LEE, LLC, MISS PACIFIC, LLC, PACIFIC FUTURE, LLC, PACIFIC GRUMPY J, LLC, PACIFIC HOOKER, LLC, PACIFIC HORIZON, LLC, PACIFIC KNIGHT, LLC, PRIVATEER LLC, SEA PRINCESS, LLC, TRIPLE STAR, LLC, PACIFIC FISHING, LLC, PACIFIC SEA FOOD OF ARIZONA, INC., STARFISH INVESTMENTS, INC., DULCICH SURIMI, LLC, BIO-OREGON PROPERTIES, LLC, PACIFIC GROUP TRANSPORT CO., PACIFIC MARKETING GROUP, INC., PACIFIC RUSSIA, INC., PACIFIC RUSSIA VENTURES, LLC, PACIFIC TUNA HOLDING COMPANY, INC., POWELL STREET MARKET LLC, PACIFIC FRESH SEA FOOD COMPANY, SEACLIFF SEAFOODS, INC., COPPER RIVER RESOURCE HOLDING CO., INC., PACIFIC COPPER RIVER ACQUISITION CO., INC., SEA LEVEL SEAFOODS ACQUISITION, INC., ISLAND COHO, LLC, S & S SEAFOOD CO., INC., PACIFIC SEAFOOD DISC, INC., OCEAN GOLD SEAFOODS, INC., OCEAN COLD LLC, OCEAN PROTEIN, LLC, OCEAN GOLD FISHERIES LLC, and OCEAN GOLD TRANSPORT LLC,**

Defendants.

PAGE 2 – PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PACIFIC SEAFOOD GROUP AUDITED FINANCIAL STATEMENTS

HAGLUND KELLEY HORNGREN JONES & WILDER, LLC
200 SW Market Street, Suite 1777
Portland, OR 97201
(503) 225-0777/(503) 225-1257 (fax)
0000007537H073PL86

Pursuant to LR 7-1, the parties have made a good faith effort to resolve this dispute, but have been unable to do so.

The parties are on a fast track discovery and briefing schedule in connection with plaintiffs' motion to enjoin Pacific Seafood Group's proposed acquisition of Ocean Gold Group. Plaintiffs' pleadings in support of the motion are due December 13, 2010 and the hearing is set for December 22, 2010. The financial statements of Pacific Seafood Group and Ocean Gold Group are directly relevant to plaintiffs' basic theory of this case: defendants have conspired over the last decade to suppress ex vessel pricing for seafood inputs, resulting in a downward trend in the prices paid to fishermen while defendants have experienced an upward trend in margin and profitability. Ocean Gold Group produced its financial statements promptly without objection. Pacific Seafood Group has produced consolidated <u>internal</u> financial statements, but has produced only one audited financial statement. That was received late in the afternoon on December 7. The copy received contains redactions on 11 of 23 pages. According to Pacific Seafood Group's CFO, these audited financials have been prepared since 2000 by outside independent public accounting firms and are provided to Pacific Seafood Group's lenders. They should be easy to copy and produce.

Pacific Seafood Group consists of over 50 different entities. Plaintiffs' counsel and experts are not in a position to finalize multiple pleadings and declarations without a full understanding of Pacific Seafood Group's financials over the last decade. In addition, the deposition of Pacific Seafood Group president and CEO Frank Dulcich is scheduled for 8:15 a.m. on Friday, December 10. Unless complete copies of the audited financials are supplied

**PAGE 3 – PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PACIFIC SEAFOOD GROUP AUDITED FINANCIAL STATEMENTS**

HAGLUND KELLEY HORNGREN JONES & WILDER, LLC
200 SW Market Street, Suite 1777
Portland, OR 97201
(503) 225-0777/(503) 225-1257 (fax)
0000007537H073PL86

by noon on December 9, plaintiffs' counsel will not be in a position to depose Mr. Dulcich on issues related to Pacific Seafood Group's financials. Plaintiffs therefore move for an immediate order requiring that unredacted copies of Pacific Seafood Group's audited financials from 2000 through 2009 be delivered immediately to plaintiffs' counsel.

DATED this 8th day of December, 2010.

> HAGLUND KELLEY HORNGREN JONES & WILDER, LLP
>
> By: /s/ Michael E. Haglund
>     Michael E. Haglund, OSB No. 772030
>     Attorneys for Plaintiffs

**PAGE 4 – PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PACIFIC SEAFOOD GROUP AUDITED FINANCIAL STATEMENTS**

HAGLUND KELLEY HORNGREN JONES & WILDER, LLC
200 SW Market Street, Suite 1777
Portland, OR 97201
(503) 225-0777/(503) 225-1257 (fax)

0000007537H073PL86

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2010, I served the foregoing

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PACIFIC SEAFOOD GROUP AUDITED FINANCIAL STATEMENTS**, on the following by the following indicated method(s):

| | |
|---|---|
| Michael J. Esler<br>Esler Stephens & Buckley<br>888 SW Fifth Avenue, Suite 700<br>Portland, OR 97204-2021 | William L. Larkins, Jr.<br>Chris Kayser<br>Larkins Vacura LLP<br>621 SW Morrison Street, Suite 1450<br>Portland, OR 97205 |
| Robert E. Bloch<br>Mayer Brown, LLP<br>1999 K Street, NW<br>Washington, DC 20006<br>Attorneys for Pacific Seafood<br>Defendants | Attorneys for Ocean Gold Defendants |

☐ by **emailing and mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorneys at their last known office address, and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐ by causing a full, true and correct copy thereof to be **hand delivered** to the attorneys at their last known address listed above on the date set forth above.

☐ by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorneys as shown above on the date set forth above.

☐ by **faxing** a full, true and correct copy thereof to the attorneys at the fax number shown above, which is the last-known fax number for the attorneys' office on the date set forth above.

☒ by transmitting full, true and correct copies thereof to the attorneys through the court's Cm/ECF system on the date set forth above.

/s/Michael E. Haglund
Michael E. Haglund