IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LLOYD D. WHALEY, et al.,

        Plaintiffs,

No. 1:10-cv-3057-PA

v.

**ORDER**

PACIFIC SEAFOOD GROUP, et al.,

        Defendants.

**PANNER, J.**

    The parties to this antitrust class action jointly move for approval of their stipulation and resolution agreement, as amended, and for entry of judgment and an order of dismissal. Plaintiffs petition for attorney's fees and costs.

    I find that there were no objections or requests for exclusions by class members. I find the proposed resolution is fair, reasonable, and adequate. I also find that the fees and costs requested by plaintiffs are reasonable.

    The stipulation and resolution agreement, as amended, is approved. The notices previously given are adequate and

1 - ORDER

sufficient under Federal Rule of Civil Procedure 23(e)(1) to cover the amendment to section 5(b), and no additional opportunity to request exclusion under Rule 23(e)(4) is necessary because of the amendment to section 5(b).  It is ordered that plaintiffs are awarded attorney's fees of $2,595,855 and costs of $304,145 are taxed.  The court will enter a judgment and order of dismissal.

    IT IS SO ORDERED.

    DATED this __22__ day of May, 2012.

                                              OWEN M. PANNER
                                              U.S. DISTRICT JUDGE