UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| LLOYD D. WHALEY, *et al.*, | Case No.: 1:10−cv−03057−MC |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| PACIFIC SEAFOOD GROUP, *et al.*, | |
| Defendants. | |

Based on the record, this action is dismissed.

DATED: August 2, 2018.

s/Michael J. McShane<br>
Honorable District Judge Michael J. McShane<br>
United States District Judge

JUDGMENT